AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

ERIK TIANTE JOHNSON
2814 Dyras Road
Cottonwood, AL 36320

**WARRANT FOR ARREST**

Case Number:    1:06cr139-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ERIK TIANTE JOHNSON
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Intent to Distribute Crack Cocaine (1 ct)
Carrying a Firearm during a Drug Trafficking Offense (1 ct)
Convicted Felon in Possession of a Firearm (1 ct)

in violation of Title ___21 & 18___ United States Code, Section(s) __841(a)(1), 18:924(c)(1)(A) and 922(g)(1)__

DEBRA P. HACKETT
Name of Issuing Officer

BY: _(signature)_
Signature of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

6/16/06 -Montgomery, AL
Date and Location

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |