**COURTROOM DEPUTY'S MINUTES**               **MIDDLE DISTRICT OF ALABAMA**

---

√ INITIAL APPEARANCE                     DATE: July 12, 2006
❏ BOND HEARING
❏ DETENTION HEARING                     Digital Recording 4:05 - 4:20
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 1:06cr139-WHA    **DEFENDANT NAME:** Erik Tiante Johnson

**AUSA:** Christopher Snyder    **DEFT. ATTY:** Bill Blanchard

Type Counsel: ( )Retained; (√) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** David Conoly

Interpreter needed: ( √ ) NO; (  )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest July 11, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Bill Blanchard - Notice of Appearance to be filed |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released<br>❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❏Set for<br>DISCOVERY DISCLOSURE DATE:  7/12/06 |
| √ | WAIVER of Speedy Trial executed.    CRIMINAL TERM:   10/24/06 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |