IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06cr139-WHA |
| | ) | |
| ERIK TIANTE JOHNSON | ) | |

**MOTION TO DISMISS INDICTMENT UPON SUGGESTION OF DEATH and TRANSMITTAL OF PUBLISHED OBITUARY**

**COMES NOW** William R. Blanchard, counsel for the Defendant in the above-styled cause, and suggests that Erik Tiante Johnson has died during the pendency of this case. A copy of the obituary which appeared in the Dothan Eagle (online) is attached hereto as Exhibit A.

Pursuant to long-standing precedent, counsel prays that the Court will dismiss the indictment now pending against the late Mr. Johnson. *United States v. Romano*, 755 f2 1401 (11th Cir. 1985); *United States v. Hamm*, 638 F.2d 823 (5th Cir. 1981).

**RESPECTFULLY SUBMITTED** this 16th day of August 2006.

                                                s/ William R. Blanchard
                                                WILLIAM R. BLANCHARD
                                                **Attorney for Erik Tiante Johnson**

**BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
(334) 269-9691**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06cr139-WHA |
| | ) | |
| ERIK TIANTE JOHNSON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Leura Garrett Canary, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax:    (334) 263-4766
(BLA029)