

## ERIK TIANTE JOHNSON

Mr. Erik Tiante Johnson of Campbellton, Fla., passed away Friday, July 28, 2006, in Jackson Hospital in Marianna, Fla. He was 35.

Funeral services will be 1 p.m. Saturday, Aug. 5, at Graceville Civic Center in Graceville, Fla., with the Rev. Earnestine Howard officiating. Interment will follow in St. Mary Cemetery in Jacob City. Mr. Johnson's body will lie in the church one hour prior to the service. The family will receive friends at the Mckinnie Funeral Home chapel Friday, Aug. 4, from 6 to 8 p.m.

Erik graduated from Wakefield High School in The Plains, Virginia in 1989. He lived an extremely active life. He was diagnosed with leukemia in 1998. Erik was a fighter; he was determined that this illness would not stop him from living. His motto was, "I'm gonna' ride it 'til the wheels fall off."

Erik leaves a lifetime of love and memories with those who loved him: a daughter, Erika Misty Johnson, of Graceville; two sons, Diquan Schekel Johnson, of Campbellton, and Jalan Bernard Johnson, of Cottondale, Fla.; a loving mother, Deborah Renee' Gomes, of Shalimar, Fla.; his father, Charlie H. Watson, of Alexandria, Va.; his very precious grandmother, Rita Johnson, of Campbellton; his aunt, Paula Michelle Bess (Michael), of Campbellton; a very special cousin, Edmund Rhynes (Jennifer), of Waldorf, Md.; others couins, Terrell Britt (Jason), of Atlanta, Scheneka Johnson, of Campbellton, Kenyatta Hill and Steven Hill, of Lakeland, Fla.; a godfather, George D. Lee, of Campbellton; two godsisters, Tonya Lee, of Campbellton, and Nicky Davis, of Atlanta; a godbrother, Kevin Richardson (Stacey), of Campbellton; a best friend, Michelle Mitchell, of Campbellton; and a host of great-aunts, great-uncles, cousins, other relatives and friends.

The family would like to give a special thanks to Pamela Williams, of Campbellton.

McKinnie Funeral Home, (850) 263-3333, is in charge of arrangements. Visit www.mckinniefuneralhome.com. Sign the guestbook at www.dothaneagle.com.

Published in the Dothan Eagle from 7/30/2006 - 8/4/2006.
Notice • Guest Book • Flowers • Gift Shop • Charities

**Today's Dothan Eagle death notices**

Questions about death notices or Guest Books?
Contact Legacy.com • Terms of use

Powered by Legacy.com
obituaries nationwide

Back