| COURTROOM DEPUTY'S MINUTES | DATE: August 21, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:42 - 3:43 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**   **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 1:06cr139-WHA**   **DEFENDANT(S) Erik Tiante Johnson**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry Moorer standing in for David Cooke | * | Bill Blanchard |

❒ **DISCOVERY STATUS:**

❒ **PENDING MOTION STATUS:**
  Motion to dismiss indictment due to death of defendant pending.
  Government has no objections to motion to dismiss indictment

❒ **PLEA STATUS:**

❒ **TRIAL STATUS**

❒ **REMARKS:**