IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 1:06cr139-WHA |
| ERIK TIANTE JOHNSON | ) | |

## ORDER

Upon consideration of the Motion to Dismiss Indictment Upon Suggestion of Death and Transmittal of Published Obituary (Doc. #24), and the United States having no objection to the motion, the motion is GRANTED, and it is hereby

ORDERED that the Indictment and this case are DISMISSED.

DONE this 22nd day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE